# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

GLENN LEROY JOHNSON,

            Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

            Defendant.

_____/

Case No.  1:15-cv-00528-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 3)

     Plaintiff Glenn Leroy Johnson filed a complaint on March 26, 2015, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1; 3.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

     Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

    2.    The Clerk of Court is DIRECTED to issue a summons; and

    3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:  __**April 7, 2015**__              _____**/s/ Sheila K. Oberto**_____
                                     UNITED STATES MAGISTRATE JUDGE