# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN LEROY JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:15-cv-00528-SKO<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME**<br><br>(Doc. 15) |

On February 3, 2016, Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant"), filed a motion for an extension of time to file her responsive brief by thirty days -- from February 3, 2016, to March 4, 2016. (Doc. 15.) In the motion, Defendant states this is Defendant's first request for an extension and it is necessary to fully respond to the issues Plaintiff Glenn Leroy Johnson ("Plaintiff") raised in his opening brief. (Doc. 15.) Defense counsel stated that he contacted Plaintiff's counsel requesting a stipulated extension of time

regarding this motion, but at the time of filing on February 3, 2016, had not yet heard back.  (Doc. 15.)

Good cause having been shown, and in the absence of any prejudice to the Plaintiff, Defendant's motion for an extension of time is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request for a 30-day extension of time to file a responsive brief is GRANTED;
2. Defendant shall file a responsive brief by no later than March 4, 2016; and,
3. Plaintiff shall file his reply brief, if any, by no later than March 22, 2016.

IT IS SO ORDERED.

Dated:   **February 4, 2016**               **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE