JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN LEROY JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | Case No.  1:15-cv-00528-SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 14 days to April 14, 2016, for Plaintiff to file the Reply Brief, in accordance with the Court's Scheduling Order.  This is the first extension of time Plaintiff has requested for the filing of the Reply Brief and is requested because Plaintiff's counsel is experiencing a significant backlog in her workload.

　　　The parties further stipulate that the Court's Scheduling Order be modified accordingly.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date:  March 31, 2016　　　　　　　　JACQUELINE A. FORSLUND
　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　*/s/Jacqueline A. Forslund*
　　　　　　　　　　　　　　　　　　　JACQUELINE A. FORSLUND

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date:  March 31, 2016                             BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  DEBORAH STACHEL
                                                  Acting Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                                  */s/*Daniel Talbert*
                                                  DANIEL TALBERT
                                                  Special Assistant United States Attorney
                                                  *By email authorization

                                                  Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff's request for additional time to file a reply brief is GRANTED; and

2. Plaintiff shall file a reply brief by no later than April 14, 2016.

IT IS SO ORDERED.

Dated:   **March 31, 2016**                       /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE