1  FORSLUND LAW, LLC
   Jacqueline A. Forslund # 154575
2  P.O. Box 4476
   Sunriver, OR  97707
3  Telephone:    541-419-0074
4  Fax:          541-593-4452
   Email:        jaf@forslundlaw.com
5
6  Attorney for Plaintiff

7              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
8

9  GLENN LEROY JOHNSON,          )   Case No.  1:15-CV-00528-SKO
                                 )
10         Plaintiff              )   **STIPULATION AND ORDER**
                                 )   **FOR AWARD OF ATTORNEY'S**
11 v.                            )   **FEES UNDER THE EQUAL ACCESS**
                                 )   **TO JUSTICE ACT (EAJA)**
12 CAROLYN W. COLVIN,            )
13 Acting Comm'r of Social Security, )
                                 )
14         Defendant              )
                                 )
15 _____)

16

17      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

18 subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal

19 Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SIX THOUSAND FIVE

20 HUNDRED dollars and ZERO cents ($6,500.00).  This amount represents compensation for all legal

21 services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance
   with 28 U.S.C. sec. 2412(d).

22      After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the

23 government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to

24 Plaintiff's attorney.     The government's ability to honor the assignment will depend on whether the

25 fees and expenses are subject to an offset allowed under the United States Department of the
   Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of

26 EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If

27 it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v.

28 Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for

EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver, Oregon  97707. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  September 27, 2016          JACQUELINE A. FORSLUND
                                   Attorney at Law


                                   */s/Jacqueline A. Forslund*
                                   JACQUELINE A. FORSLUND
                                   Attorney for Plaintiff

Date:  September 27, 2016          PHILIP A. TALBERT
                                   Acting United States Attorney
                                   DEBORAH STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   */s/Daniel P. Talbert*
                                   DANIEL P. TALBERT
                                   Special Assistant United States Attorney
                                   *By email authorization
                                   Attorney for Defendant

**ORDER**

Based upon the above "Stipulation for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA)" (Doc. 27), IT IS ORDERED that fees and expenses in the amount of six thousand five hundred dollars ($6,500.00) under EAJA, 28 U.S.C. § 2412(d), and no additional costs other than those taxed by the United States Court of Appeals for the Ninth Circuit under 28 U.S.C.

**Johnson v. Colvin**            **Stipulation and Order**            **E.D. Cal. 1:15-CV-00528-SKO**

§ 1920, be awarded subject to the terms of the above Stipulation.

IT IS SO ORDERED.

Dated:   **September 28, 2016**                                    /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE